

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>        v.     )<br>ARTURO CORTEZ, )<br>)<br>)<br>            Defendant. )<br>_____) | CASE NO. CR-13-00751-TJH-5<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. ( ) the safety of any person or the community.

2. The Court concludes:

    A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B. (✓)  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: nature of the offenses; substance abuse issues; failure to report for drug testing; noncompliance with supervised release conditions despite multiple chances to comply

IT IS ORDERED that defendant be detained.

DATED: August 12, 2022

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE